UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 3:12CR_____ |
| : | VIOLATION: |
| : | 18 U.S.C. § 1001(a)(2)[False Statement] |
| AMY KUHNER : | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(False Statement)

At all times relevant to this Information:

Introduction

1. Defendant AMY KUHNER was the Executive Director of Sunshine House ("the Executive Director"), an organization formed for the purpose of constructing a center to care for seriously ill children to be located in Madison, Connecticut.

2. As the Executive Director, KUHNER was the person primarily responsible for the day-to-day financial and operational aspects of Sunshine House.

3. On or about July 16, 2001, Sunshine House applied for a noncompetitive federal grant from the Health Resources Services Administration ("HRSA"), a federal program operated by the United States Department of Health and Human Services. The grant was to be used to fund in part the construction of Sunshine House. KUHNER signed the grant application as Executive Director.

4. On or about September 13, 2001, HRSA approved the application, and provided Sunshine House with a federal grant of $836,190. Under the terms of the grant, these funds were to be drawn

down to pay a percentage of actual costs incurred by Sunshine House as the costs were incurred.

5. On or about November 1, 2001, as Executive Director, KUHNER signed a document entitled "Specifics of Grant" accepting the grant and agreeing to comply with all conditions of the grant.

6. The federal grant was drawn down in various increments, beginning on or about September 23, 2003, with the last draw down occurring on or about September 27, 2006. As the Executive Director, KUHNER was the only person with the authority to draw down on the grant, and was solely responsible for doing so. As a practical matter, KUHNER also exercised exclusive control over the use of the grant funds.

7. After the grant period had concluded on or about July 25, 2007, through direct communication with KUHNER, HRSA asked Sunshine House to provide documentation of any costs incurred by September 30, 2006, the closing date of the grant. The review of Sunshine House's use of the federal grant funds was to be performed for HRSA by HEERY-HLM, an architectural and engineering firm located in Philadelphia, Pennsylvania. HRSA contracted with HEERY-HLM to provide third-party review of federally-funded grant projects managed by HRSA.

KUHNER's False Statement

8. On or about July 27, 2007, in the District of Connecticut and elsewhere, the defendant, AMY KUHNER, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, that is, KUHNER sent and caused to be sent to HEERY-HLM, a contractor for HRSA located in Philadelphia, Pennsylvania, documents that falsely stated and represented that Sunshine House had actually incurred architectural and engineering costs to date

in the amount of $594,225, when in fact, as KUHNER well knew, the statement and representation was materially false because Sunshine House had not actually incurred such architectural and engineering costs in that amount.

All in violation of Title 18, United States Code, Section 1001(a)(2).

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY